**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-2612

———————

ANTHONY J. RANKINE,

Plaintiff - Appellant,

versus

JOHN RANKINE; CEANET INCORPORATED; CEANET
PARTY LIMITED; COLIN V. RUSSELL; STOREY
BLACKWOOD ACCOUNTANTS; JOHN DEAKER; JOHN
CAMPBELL; DAVID HEWITT; GERALD TEO; J. HAYES,
Mrs.; M. GARNETT, Mrs.; D. BARTON; J. HILL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-96-61-5-V)

———————

Submitted: April 20, 2000          Decided: May 1, 2000

———————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony J. Rankine, Appellant Pro Se. Michael Cornelius Landreth, Hugh Davis North, III, HARRISON, NORTH, COOKE & LANDRETH, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony J. Rankine appeals the district court's order dismissing, following remand, his civil action on forum non conveniens grounds. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>See</u> <u>Rankine v. Rankine</u>, No. CA-96-61-5-V (W.D.N.C. Nov. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's petition for sanctions is denied.

<u>AFFIRMED</u>